Ethan Jones, WSBA No. 46911
Marcus Shirzad, WSBA No. 50217
Yakama Nation Office of Legal Counsel
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
(509) 865-7268
ethan@yakamanation-olc.org
marcus@yakamanation-olc.org

Attorneys for the Confederated Tribes and Bands of the Yakama Nation

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION, a sovereign federally recognized Native Nation,<br><br>Plaintiff,<br><br>v.<br><br>PETER ORTH, Agent in Charge for the Federal Bureau of Investigation; YAKIMA COUNTY, a political subdivision of the State of Washington; YAKIMA COUNTY CORONER'S OFFICE, an agency of Yakima County; JIM CURTICE, in his official capacity; COWLITZ COUNTY, a political subdivision of the State of Washington; COWLITZ COUNTY CORONER'S OFFICE, an agency of Cowlitz County; TIMOTHY DAVIDSON, in his official capacity,<br><br>Defendants. | **Case No.:**<br><br>YAKAMA NATION'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF |

Plaintiff, Confederated Tribes and Bands of the Yakama Nation ("Yakama

YAKAMA NATION'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF — 1

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

Nation"), signatory to the Treaty with the Yakamas of June 9, 1855, 12 Stat. 951, appears in *parens patriae* on behalf of its enrolled Yakama Members, and alleges the following civil rights action:

## 1. INTRODUCTION

1.1 This Complaint constitutes a 42 U.S.C. § 1983 and *Bivens v. Six Unknown Agents Of Federal Bureau Of Narcotics*, 403 U.S. 388 (1971), civil rights challenge to Defendants' threatened imminent autopsy of an enrolled Yakama Member's deceased infant in violation of the Yakama Nation's and its Members' Washat religion, customs, and traditions (i.e. religious freedoms).

1.2 This Complaint further constitutes a civil rights challenge to the non-federal Defendants' threatened imminent autopsy of the aforementioned deceased infant under Article I, Section 11 of the Washington State Constitution in violation of the Yakama Nation's and its Members' Washat religion, customs, and traditions (i.e. religious freedoms).

1.3 The Yakama Nation intends to file a Motion for Temporary Restraining Order and Preliminary Injunction shortly following the filing of this Complaint to enjoin Defendants from proceeding with an autopsy of the Yakama Member's deceased infant during the pendency of this case.

1.4 Defendants' actions violate the Yakama Nation's constitutional religious freedoms, appearing in *parens patriae* on behalf of all enrolled Yakama Members, under the First Amendment of the United States Constitution, and Article I, Section 11 of the Washington State Constitution. Defendants' threatened autopsy of an enrolled Yakama Member's deceased infant should be declared unconstitutional, and Defendants should be enjoined from performing the autopsy and ordered to release the infant to his mother for burial.

YAKAMA NATION'S COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF — 2

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

## 2. JURISDICTION AND VENUE

2.1    This Court has jurisdiction over Plaintiff's claim of violation of federal constitutional rights under 28 U.S.C. § 1331 and 42 U.S.C. § 1983.

2.2    This Court has jurisdiction over Plaintiff's claim of violation of state constitutional rights under 28 U.S.C. § 1367(a).  Both federal and state claims asserted herein arise from a common nucleus of operative facts, are so related as to form part of the same case or controversy, and constitute actions that would ordinarily be expected to be tried in one judicial proceeding.

2.3    The Court has jurisdiction to grant the declaratory relief sought pursuant to 28 U.S.C. 2201, and other relief—including injunctive relief—sought pursuant to 28 U.S.C. 2202.

2.4    Venue is proper in this District pursuant to 28 U.S.C. 1391(b) because all Defendants are residents of the State of Washington and a substantial part of the events or omissions giving rise to the claim occurred within this judicial district.

## 3. PLAINTIFF

3.1    The Yakama Nation is a sovereign, federally recognized Nation and signatory to the Treaty of 1855.  In the Treaty of 1855, the Yakama Nation reserved all rights not expressly granted to the United States, including its inherent sovereign rights and jurisdiction over its people and its lands both within and beyond the exterior boundaries of the Yakama Reservation.  The Yakama Nation appears in *parens patriae* on behalf of its enrolled Members.

## 4. DEFENDANTS

4.1    Defendant Peter Orth is Agent in Charge for the Federal Bureau of Investigation, who is sued in his individual capacity and in his official capacity.

4.2    Defendant Yakima County is a political subdivision of the State of

YAKAMA NATION'S COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF — 3

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

Washington.

4.3    Defendant Yakima County Coroner's Office is an agency of Yakima County.

4.4    Defendant Jim Curtice is the Yakima County Coroner, who is sued in his official capacity.

4.5    Defendant Cowlitz County is a political subdivision of the State of Washington.

4.6    Defendant Cowlitz County Coroner's Office is an agency of Cowlitz County.

4.7    Defendant Timothy Davidson is the Cowlitz County Coroner, who is sued in his official capacity.

## 5.    FACTUAL BACKGROUND

5.1    The Yakama Nation is a sovereign, federally recognized Native Nation with inherent sovereign and Treaty-reserved rights pursuant to the Treaty of 1855.

5.2    The Yakama Nation and many of its enrolled Members adhere to the Washat religion, which they have practiced since time immemorial.

5.3    In the Washat religion, it is the custom and tradition that enrolled Yakama Members should be buried intact within three days of their death.  The belief is that when this world ends, all those who have passed need to be intact to reunite with their family members.  This is also the reason why it is against Yakama law to cremate a deceased Yakama Members' remains.

5.4    The Yakama Nation has a significant governmental interest in ensuring that those who commit crimes against enrolled Yakama Members are held accountable for their actions, which on rare occasions requires that autopsies be

YAKAMA NATION'S COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF — 4

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

performed on enrolled Yakama Members. In each case, the solemn decision to perform an autopsy on an enrolled Yakama Member must be weighed carefully against the significant and overriding interest in preserving the Yakama Nation's and Washat faith's religious customs and traditions.

5.5 On September 17, 2022, Ms. Jayleen Wahsise, an enrolled Yakama Member, called 911 from her location within the exterior boundaries of the Yakama Reservation to report that her infant son was not breathing.

5.6 Upon information and belief, Ms. Wahsise's infant son was born with a heart murmur and had been diagnosed with COVID-19 two weeks prior to his death.

5.7 Ms. Wahsise transported her infant son to the Toppenish Hospital within the exterior boundaries of the Yakama Reservation, where medical staff attempted to resuscitate him.

5.8 Yakama Nation Police responded to Toppenish Hospital within the exterior boundaries of the Yakama Reservation where they made contact with Ms. Wahsise. Upon information and belief, the Federal Bureau of Investigation also responded to Toppenish Hospital related to the same dispatch.

5.9 On September 17, 2022, Ms. Wahsise's infant son was pronounced dead at Toppenish Hospital.

5.10 Upon information and belief, the Yakima County Coroner's Office took possession of Ms. Wahsise's infant son's remains within the exterior boundaries of the Yakama Reservation, and removed those remains from the Yakama Reservation.

5.11 Upon information and belief, the Federal Bureau of Investigation directed the Yakima County Coroner's Office to perform an autopsy on Ms.

YAKAMA NATION'S COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF — 5

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

Wahsise's infant son.

5.12   In the absence of suspicious circumstances, and given Ms. Wahsise's infant son's medical history, any governmental interest in performing an autopsy is outweighed by the Yakama Nation's significant and constitutionally protected right to practice their religious beliefs and refuse an autopsy based on those beliefs.

5.13   On September 18, 2022, the Yakama Nation's legal counsel contacted Defendant Jim Curtice, Yakima County Coroner, and expressed the Yakama Nation's opposition to the performance of an autopsy on Ms. Wahsise's infant son's remains on religious grounds.

5.14   Upon information and belief, on September 19, 2022, the Yakima County Coroner's Office transported the decedent's remains to the Cowlitz County Coroner's Office to perform an autopsy on those remains.

5.15   On September 19, 2022, the Yakama Nation's legal counsel contacted Defendant Jim Curtice and again expressed the Yakama Nation's opposition to the performance of an autopsy on Ms. Wahsise's infant son's remains on religious grounds.  Mr. Curtice confirmed that he was performing the autopsy at the direction of the Federal Bureau of Investigation, and that he would contact the Cowlitz County Coroner's Office and instruct them not to proceed with the autopsy until further discussions were had between the Yakama Nation and Federal Bureau of Investigations.

5.16  During the evening of September 19, 2022, the Yakama Nation's legal counsel contacted the Yakima County Coroner's Office and Cowlitz County Coroner's Office who confirmed that the autopsy had not taken place, and who were provided notice that the Yakama Nation intended to file this suit to stop the autopsy from proceeding.

YAKAMA NATION'S COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF — 6

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

5.17    During the evening of September 19, 2022, the Yakama Nation's legal counsel contact Defendant Peter Orth, Federal Bureau of Investigation Agent in Charge, to inform him of the Yakama Nation's opposition to any autopsy of Ms. Wahsise's infant son's remains on religious grounds. Agent in Charge Orth confirmed that the Federal Bureau of Investigation would be proceeding with the autopsy. The Yakama Nation's legal counsel informed Agent in Charge Orth that the Yakama Nation would be filing this suit to stop the autopsy from proceeding.

5.18    Defendants' threat to imminently conduct an autopsy on Ms. Wahsise's infant son's remains constitutes a violation of the Yakama Nation's and its Members' customs and traditions under the Washat religion to bury their loved ones intact.

5.19    Defendants' delay in releasing Ms. Wahsise's infant son's remains to the family so that they can bury him constitutes a direct violation of the Yakama Nation's and its Members' customs and traditions under the Washat religion to bury their loved ones within three days of death.

## 6.    FIRST CLAIM FOR RELIEF AGAINST PETER ORTH

(*Bivens* Action; Violation of the 1st Amendment of the United States Constitution)

6.1    The Yakama Nation hereby incorporates and reasserts all prior allegations by reference.

6.2    The Yakama Nation, appearing in *parens patriae* on behalf of all enrolled Yakama Members, has a constitutionally protected right under the 1st Amendment of the United States Constitution to practice their religious beliefs and to refuse an autopsy based on those beliefs.

6.3    The Yakama Nation, appearing in *parens patriae* on behalf of all enrolled Yakama Members, has a constitutionally protected right under the 1st

YAKAMA NATION'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF — 7

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

Amendment of the United States Constitution to practice their religious beliefs and to bury their loved ones within three days after death based on those beliefs.

6.4  Defendant Peter Orth, in his individual capacity, acted under the color of federal law to violate those constitutionally protected rights by ordering an autopsy of Ms. Wahsise's infant son, and by preventing the timely release of the infant's remains to his mother.

6.5  The Yakama Nation lacks an alternate statutory cause of action for relief from Defendant Peter Orth's actions under the color of federal law.

6.6  An appropriate declaratory and injunctive remedy exists at law to address Defendant Peter Orth's constitutional violations.

6.7  Plaintiff was required to assign attorneys to represent them in this matter and are entitled to an award of reasonable attorney's fees and costs.

## 7. SECOND CLAIM FOR RELIEF AGAINST ALL DEFENDANTS
(42 U.S.C. § 1983; Violation of the 1st and 14th Amendments of the United States Constitution)

7.1  The Yakama Nation hereby incorporates and reasserts all prior allegations by reference.

7.2  The Yakama Nation, appearing in *parens patriae* on behalf of all enrolled Yakama Members, has a constitutionally protected right under the 1st and 14th Amendments of the United States Constitution to practice their religious beliefs and to refuse an autopsy based on those beliefs.

7.3  The Yakama Nation, appearing in *parens patriae* on behalf of all enrolled Yakama Members, has a constitutionally protected right under the 1st and 14th Amendments of the United States Constitution to practice their religious beliefs and to bury their loved ones within three days after death based on those

YAKAMA NATION'S COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF — 8

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

beliefs.

7.4     Defendants Yakima County, Yakima County Coroner's Office, Jim Curtice, Cowlitz County, Cowlitz County Coroner's Office, and Timothy Davidson, acted under color of state law to deprive the Yakama Nation, appearing in *parens patriae* on behalf of all enrolled Yakama Members, of constitutionally protected rights under the 1st and 14th Amendments of the United States Constitution to practice their religious beliefs, to refuse an autopsy based on those beliefs, and to bury their loved ones within three days in accordance with their religious beliefs.

7.5     Defendant Peter Orth, in his official capacity, conspired with or participated in concert with state officials who, under color of state law, acted to deprive the Yakama Nation, appearing in *parens patriae* on behalf of all enrolled Yakama Members, of constitutionally protected rights under the 1st and 14th Amendments of the United States Constitution to practice their religious beliefs, to refuse an autopsy based on those beliefs, and to bury their loved ones within three days in accordance with their religious beliefs.

7.6     Plaintiff was required to assign attorneys to represent them in this matter and are entitled to an award of reasonable attorney's fees and costs pursuant to 42 U.S.C. § 1988.

**8.     THIRD CLAIM FOR RELIEF AGAINST ALL DEFENDANTS**

(Uniform Declaratory Judgments Act; Violation of Article I, Section 11 of the Washington State Constitution)

8.1     The Yakama Nation hereby incorporates and reasserts all prior allegations by reference.

8.2     The Uniform Declaratory Judgment Act, RCW 7.24, empowers this

YAKAMA NATION'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF — 9

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

Court to order the declaratory and injunctive relief sought herein.

   8.3  Defendants are prohibited by Article I, Section 11 of the Washington State Constitution from violating the Yakama Nation's and its Members' right to practice their religious beliefs, to refuse an autopsy based on those beliefs, and to bury their loved ones within three days in accordance with their religious beliefs.

   8.4  The impending actions of Defendants violate Article I, Section 11 of the Washington State Constitution by depriving the Yakama Nation's and its Members' right to practice their religious beliefs, to refuse an autopsy based on those beliefs, and to bury their loved ones within three days in accordance with their religious beliefs.

## 9. REQUEST FOR RELIEF

WHEREFORE, the Yakama Nation respectfully requests that this Court order the following relief:

   A.  A declaratory judgment pursuant to 42 U.S.C. § 1983, *Bivens*, and 28 U.S.C. 2201 declaring that Defendants violated the Yakama Nation's and its Members' religious freedoms protected by the first and fourteenth Amendments of the United States Constitution by depriving the Yakama Nation's and its Members' right to practice their religious beliefs, to refuse an autopsy based on those beliefs, and to bury their loved ones within three days in accordance with their religious beliefs.

   B.  A preliminary and permanent injunction pursuant to 42 U.S.C. § 1983, *Bivens*, and 28 U.S.C. § 2202 enjoining Defendants from performing an autopsy on Ms. Wahsise's infant son, and ordering Defendants to immediately release his remains to his mother.

   C.  A declaratory judgment pursuant to the Uniform Declaratory

YAKAMA NATION'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF — 10

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

Judgments Act declaring that Defendants violated the Yakama Nation's and its Members' religious freedoms protected by Article I, Section 11 of the Washington State Constitution by depriving the Yakama Nation's and its Members' right to practice their religious beliefs, to refuse an autopsy based on those beliefs, and to bury their loved ones within three days in accordance with their religious beliefs.

  D. A preliminary and permanent injunction pursuant to the Uniform Declaratory Judgments Act enjoining Defendants from performing an autopsy on Ms. Wahsise's infant son, and ordering Defendants to immediately release his remains to his mother.

  E. Award the Yakama Nation reasonable attorney fees and costs pursuant to 42 U.S.C. § 1988 and *Bivens*.

  F. Award the Yakama Nation such other relief as the Court deems just and appropriate.

Respectfully submitted this 20th day of September, 2022.

    *s/Ethan Jones*
Ethan Jones, WSBA No. 46911
Marcus Shirzad, WSBA No. 50217
YAKAMA NATION OFFICE OF LEGAL COUNSEL
P.O. Box 150, 401 Fort Road
Toppenish, WA 98948
Telephone: (509) 865-7268
Facsimile: (509) 865-4713
ethan@yakamanation-olc.org
marcus@yakamanation-olc.org

*Attorneys for the Confederated Tribes and Bands of the Yakama Nation*

YAKAMA NATION'S COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF — 11

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268